Filed 12/5/14; order modifying published opinion filed 12/5/14

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

| | |
|---|---|
| J.B.B. INVESTMENT PARTNERS, LTD. et al.,<br><br>    Plaintiffs and Respondents,<br><br>v.<br><br>R. THOMAS FAIR et al.,<br><br>    Defendants and Appellants. | A140232, A141228<br><br>(San Mateo County<br>Super. Ct. No. CIV522693)<br><br>**ORDER MODIFYING OPINION NO CHANGE IN JUDGMENT** |

**BY THE COURT:**

The opinion in the above-entitled matter filed on December 5, 2014, was certified for publication in the Official Reports. Since this court's December 5, 2014 opinion does not meet the standard for publication as set forth in rule 8.1105(c) of the California Rules of Court, it is hereby ordered that the opinion should not be published in the Official Reports. There is no change in judgment.

Dated:_____          _____P.J.

1